IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY UNDERWOOD, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 2:18-CV-01310-MHH |
| KENNETH E. GULLEY, MAYOR OF BESSEMER, et al., | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE OF ALFRED H. PERKINS, JR.

COMES NOW Alfred H. Perkins, Jr. of the law firm Starnes Davis Florie LLP and gives notice of his appearance as counsel of record for Defendants Kenneth E. Gulley, Mayor of Bessemer; City of Bessemer Councilmembers: David Vance, Chester Porter, Cynthia Donald, Donna Thigpen, Ron Marshall, Jesse Matthews, and Cleophus King; and Wanda Taylor, Bessemer City Clerk.

The Clerk and all parties are requested to forward copies of all pleadings, orders, and other filings and correspondence to the attention of the undersigned.

{B2935122}

/s/ Alfred H. Perkins, Jr.
Alfred H. Perkins, Jr. (PER063)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, Seventh Floor
Birmingham, AL  35209
(205) 868-6000 – Phone
(205) 868-6099 – Fax
*aperkins@starneslaw.com*
Attorney Defendants Kenneth E. Gulley, Mayor of Bessemer; City of Bessemer Councilmembers: David Vance, Chester Porter, Cynthia Donald, Donna Thigpen, Ron Marshall, Jesse Matthews, and Cleophus King; and Wanda Taylor, Bessemer City Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system, which will send electronic notification of such filing to the following:

Richard A. Rice, Esq.
THE RICE FIRM, LLC
Wells Fargo Tower
420 20th Street North, Suite 220
Birmingham, AL  35203
(205) 618-8733 – Phone
(888) 391-7193 – Fax
rrice@rice-lawfirm.com

/s/ Alfred H. Perkins, Jr.
Alfred H. Perkins, Jr. (PER063)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, Seventh Floor
Birmingham, AL  35209
(205) 868-6000 – Phone
(205) 868-6099 – Fax
*aperkins@starneslaw.com*
Attorney for Defendants Kenneth E. Gulley, Mayor of Bessemer; City of Bessemer Councilmembers: David Vance, Chester Porter, Cynthia Donald, Donna Thigpen, Ron Marshall, Jesse Matthews, and Cleophus King; and Wanda Taylor, Bessemer City Clerk