/s/Richard A. Rice

RICHARD A. RICE (RIC086)
Attorney for the Plaintiffs

WELLS FARGO TOWER
NORTH 420 TWENTITH STREET
SUITE 2200
Birmingham, Alabama 35203
Telephone: 205.618.8733
Facsimile: 888.391.7193

## VERIFICATION

I, Anthony Underwood, having been duly sworn depose and state that I have read the foregoing Verified Complaint for Injunctive and Other Legal and Equitable Relief, and that the information stated therein as factual is true, and those factual matters which are stated upon information and belief are believed to be true.

_____
Anthony Underwood

Subscribed to and sworn before me this 16th day of August, 2018

_____
Notary Public     09/4/2021

## JURY DEMAND
**Please serve ALL Defendants by Process Server the following address:**

Kenneth E. Gulley, Mayor of Bessemer

The City of Bessemer Councilmembers:
David Vance
Chester Porter
Cynthia Donald
Donna Thigpen
Ron Marshall
Jesse Matthews
Cleophus King
Wanda Taylor, Bessemer City Clerk
Johnnie Mae Lassiter, Individual