# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY UNDERWOOD, et al,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:18-cv-1310-MHH |
| **KENNETH E. GULLEY, Mayor of Bessemer, et al,** | } |
| **Defendants.** | } |

## ORDER

In response to the Court's order to show cause why this case should not be dismissed (Doc. 20), Mr. Underwood notified the Court via email that he does not oppose the defendants' motion to dismiss (Doc. 19). Accordingly, the Court dismisses Mr. Underwood's claims as moot. The Court directs the Clerk to please close the file.

**DONE** and **ORDERED** this February 12, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE